# Center for Disability Advocacy Rights (CeDAR), Inc.

100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

APR 30 2008

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

April 29, 2008

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

4/30/08

RE:   Baldwin v. Astrue
      07 Civ. ~~6958~~(RJH)(MHD)
      6958

Dear Magistrate Dolinger:

   I am writing to request an extension of time, <u>nunc pro tunc</u>, to file plaintiff's papers in this case. I was under the impression that plaintiff's papers were due on April 21, 2008. However, as counsel for the defendant explained to me yesterday, the parties were to have filed their motions on March 20, 2008, with an April 21, 2008 return date. Due to oversight and a larger than normal caseload, I failed to follow both the initial order and the April 21, 2008 deadline. Please accept my apologies.

   With the consent of the counsel for the defendant, I hereby request permission to file plaintiff's papers by May 5, 2008. Counsel fort the defendant asks that she be permitted to file a reply on June 5, 2008. Plaintiff also asks permission to file a reply by June 19, 2008.

Very truly yours,

Christopher J. Bowes, Esq.

cc:   Susan D. Baird, Esq.
      Assistant U.S. Attorney
      86 Chambers Street—3rd Floor
      New York, New York 10007

ENDORSED ORDER
_____

Plaintiff's time to file a motion and ancillary papers is extended to May 5, 2008. Defendant may file his responding and reply papers by June 5, 2008. Plaintiff's reply due June 19, 2008.

4/30/08
[signature]