

**Center for Disability Advocacy Rights (CeDAR), Inc.**
100 Lafayette Street, Suite 304
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

CHRISTOPHER J. BOWES
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

May 5, 2008

Michael H. Dolinger
Magistrate Judge
500 Pearl Street
New York, NY 10007

                RE:    Baldwin v. Astrue
                      07 Civ 6958 (RJH)(MDD)

Dear Magistrate Dolinger:

    I am writing to request a second extension of time to file plaintiff's motion for judgment on the pleadings. Last week Your Honor granted plaintiff's request to extend his time until today. Unfortunately I am unable to complete these papers as anticipated and with the consent of counsel for the defendant request permission to file these papers by May 7, 2008. Counsel for the defendant asks that her time to file a reply be extended to June 9, 2008. Plaintiff requests permission to file a reply by June 25, 2008.

    Thank you for your attention to this matter.

                                Very truly yours,

                                Christopher J. Bowes, Esq
                                Attorney for Plaintiff

cc:    AUSA Susan D. Baird

---

ENDORSED ORDER

Application granted. Plaintiff's motion is to be served and filed by May 7, 2008. Defendant's responding papers will be due by June 9, 2008. Plaintiff's reply is to be served and filed by June 25, 2008.

                                5/6/08