

# Center for Disability Advocacy Rights (CeDAR), Inc.
## 100 Lafayette Street, 3ʳᵈ Floor
## New York, New York 10013
### Tel. (212) 979-0505
### Fax (212) 979-8778

CHRISTOPHER J. BOWES
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7675

May 8, 2008

Via Facsimile
Hon Michael H. Dolinger
Magistrate Judge
500 Pearl Street
New York, NY 10007

5/8/08

RE:     Baldwin v. Astrue
        07Civ 6958 9RJH)(MHD)

Dear Magistrate Dolinger:

I am embarrassed to have to request yet another extension of time to file plaintiff's cross-motion in the above case.   The Court grant my last request dated May 5, 2008 requesting permission to file by today.   While preparing the papers this afternoon I inadvertently overwrote the file and lost four hours of work from today.  Having wasted a good portion of the day trying to recover the same, I am no resigned to simply redoing this portion of the brief.

I attempted to contact Ms. Baird to obtain her consent to this request but she was not available.  Accordingly, I request permission to file plaintiff's papers by May 8, 2008 and ask that defendant's time to reply be rest to June 9, 2008, with plaintiff's reply due June 25, 2008.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher J. Bowes, Esq.

cc:    AUSA Susan D. Baird
       (212) 637-2750

ENDORSED ORDER
Plaintiff is to serve and file reply motion papers by May 14, 2008. Responding and reply papers are due by June 17 and 30, 2008,
respectfully  5/8/08