

# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7875

*ENDORSED ORDER*

*Application granted*

*MD/USMJ*
*7/3/08*

July 2, 2008

**VIA FAX**
Hon. Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007
(212) 805-7928

      Re: Baldwin v. Astrue
        07 Civ. 6958 (RJH)(MHD)

Dear Magistrate Dolinger:

  I am writing to request a one-week extension of time in which to file and serve plaintiff's reply brief in the above case.

  Plaintiff's papers were due to be filed on June 30, 2008. With the consent of counsel for the defendant, I now request a one-week extension of time, i.e., until July 9, 2008, to submit plaintiff's reply. I make this request due to an unanticipated workload this past week which has left me unable to give plaintiff's reply the attention it reserves.

  Thank you for consideration of this matter.

            Respectfully submitted,

            Christopher J. Bowes
            Attorney for Plaintiff

cc: Susan D. Baird, Esq.
   United States Attorney's Office
   86 Chambers Street, 3rd Floor
   New York, NY 10007